Robert J. THOMPSON, Appellant, v. THE REICHSBANK, Frank W. Mondell, Claiming as Attorney in Fact of said Reichsbank, Howard Sutherland, as Alien Property Custodian, et al.

No. 5353.

Court of Appeals of District of Columbia.

Argued Feb. 5, 1932.

Decided March 7, 1932.

Edmund Burke, Lucius Q. C. Lamar, and A. B. Fennell, all of Washington, D. C., for appellant.

Leo A. Rover, Thomas E. Rhodes, Thomas H. Creighton, Jr., and William H. Mondell, all of Washington, D. C., for appellees.

Before MARTIN, Chief Justice, and ROBB and GRONER, Associate Justices.

PER CURIAM.

On this day the instant appeal came on to be heard, whereupon in open court the respective parties by their counsel represent and state to the court that the appeal is now moot. The court therefore now orders that the appeal be, and it hereby is, dismissed.